PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Frederick Allen Benton                            Cr.: 13-00265-001
                                                                     PACTS #: 64821

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/20/2013
Date of Amended Sentence: 11/01/2015

Original Offense:   Count One: Distribution of Controlled Substances - 21 U.S.C. § 841 (a)(1)

Original Sentence: 70 months imprisonment, 48 months supervised release

Special Conditions: Alcohol and Drug Testing/Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/01/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **'The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'**

                    On December 19, 2018, Benton was arrested by the New York Police Department and charged with two counts of criminal possession of a controlled dangerous substance and a motor vehicle infraction. Benton was released in lieu of $30,000 bail/ $15,000 cash bond posted on December 19, 2018. According to the Queens County District Attorney, Benton was stopped by NYPD officers for a routine traffic stop and was observed dropping unknown substances from his vehicle. As a result, the officers retrieved a search warrant and proceeded to search Benton's vehicle. Upon searching the vehicle, the officers retrieved fifty-three (53) small zip lock bags containing an unknown substance, one (1) large zip lock bag containing an unknown substance, nine (9) cell phones and other drug paraphernalia. The officers suspect that the zip lock bags contain cocaine and heroin; however, the laboratory results of the substances remain pending. The charges remain pending.

U.S. Probation Officer Action:

The writer recommends withholding Court action while the investigation remains ongoing and until additional information is obtained, and possibly until disposition of the pending charges. If the probation office finds that his non-compliance is ongoing; the Court will be notified with a recommendation for an alternate course of action.

Respectfully submitted, *LRG*
*Elisa Martinez*
By: Elisa Martinez
Sr. United States Probation Officer
Date: 01/18/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

28 Anuy 2019
_____
Date